# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

| In re:<br>Heidi Crawford<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  8:19−bk−12113−MW<br><br>CHAPTER NO.:  7 |
|---|---|
| DX Home Designs Inc.<br><br>                              Plaintiff(s)<br>Versus<br>Heidi Crawford<br><br>**(See Attachment A for names of additional defendants)**<br>                              Defendant(s) | ADVERSARY NO.:  8:19−ap−01179−MW |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On <u>October 15, 2019</u>, a request was filed for the clerk to enter default against defendant(s) **<u>Michael Dean Crawford</u>**.

 Having reviewed the request, the clerk hereby enters default as requested.

Dated: October 15, 2019

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Nickie Bolte</u>**
   **Deputy Clerk**

(Form van192−nched VAN−192) Rev. 12/2014                                                                           **12 − 10 / BOL**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| DX Home Designs Inc. | Heidi Crawford<br>Michael Dean Crawford<br>Style House Inc. |