MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Attorney for Creditor-Plaintiff,
DX Home Designs, Inc.

FILED & ENTERED

DEC 05 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HEIDI CRAWFORD, an individual,<br><br>    Debtor.<br><br>DX HOME DESIGNS, INC., a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HEIDI CRAWFORD, an individual; MICHAEL DEAN CRAWFORD, an individual; and STYLE HOUSE, INC. a California corporation,<br><br>    Defendants. | Case No.: 8:19-bk-12113-MW<br><br>Adv. No.: 8:19-ap-01179-MW<br><br>Chapter 7<br><br>**ORDER GRANTING PLAINTIFF DX HOME DESIGNS, INC.'S MOTION TO STRIKE DEFENDANT HEIDI CRAWFORD'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>Date: December 4, 2019<br>Time: 9:00 AM<br>Place: Courtroom 6C<br>       411 W. Fourth street<br>       Santa Ana, CA 92701 |

On December 4, 2019 at 9:00 a.m., the Court, having considered Plaintiff DX Home Designs, Inc.'s ("Plaintiff") Motion to Strike Defendant Heidi Crawford's ("Defendant") answer and affirmative defenses (the "Motion") [Docket No. 18], the pleadings and other documents on file in this case, and having considered the oral arguments of counsel at the

1  hearing, and for good and adequate cause, grants the Motion with leave to Defendant to
2  amend the answer and affirmative defenses on or before 21 days after entry of the Order
3  granting the Motion.
4     IT IS SO ORDERED.

### 

Date: December 5, 2019

Mark S. Wallace
United States Bankruptcy Judge