# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| | |
|---|---|
| In re:<br>Heidi Crawford<br><br><br>Debtor(s). | BANKRUPTCY CASE NO.:  8:19–bk–12113–MW<br><br>CHAPTER NO.:  7 |
| DX Home Designs Inc.<br><br><br><br>                              Plaintiff(s)<br>Versus<br>Heidi Crawford<br><br>(See Attachment A for names of additional defendants)<br>                              Defendant(s) | ADVERSARY NO.:  8:19–ap–01179–MW |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On December 30, 2019, a request was filed for the clerk to enter default against defendant(s) **Heidi Crawford**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: December 30, 2019

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Nickie Bolte**
    **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                                              **45 – 44 / BOL**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| DX Home Designs Inc. | Heidi Crawford<br>Michael Dean Crawford<br>Style House Inc. |

(Form van192–nched VAN–192) Rev. 12/2014

**ATTACHMENT A**