| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl<br>Beverly Hills, CA 90212<br>T. (310) 271-6223<br>F. (310 271-9805<br>E. michael.berger@bankruptcypower.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff DX Home Design, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SANTA ANA* DIVISION**

| In re:<br><br>HEIDI CRAWFORD, an individual,<br><br><div align="right">Debtor(s).</div> | CASE NO.:  8:19-bk-12113-MW<br>CHAPTER: 7<br>ADVERSARY NO.: 8:19-ap-01179-MW |
|---|---|
| DX HOME DESIGN, INC., a corporation,<br><br><div align="right">Plaintiff(s),</div><div align="center">vs.</div>HEIDI CRAWFORD, an individual; MICHAEL DEAN CRAWFORD, an individual; STYLE HOUSE, INC., a California corporation,<br><br><div align="right">Defendant.</div> | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*:  <u>MOTION FOR DEFAULT JUDGMENT AGAINST HEIDI CRAWFORD</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)</u>
was lodged on *(date)* <u>February 21, 2020</u> and is attached.  This order relates to the motion which is docket number <u>50</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212<br>T: (310) 271-6223<br>F: (310) 271-9805<br>E: michael.berger@bankruptcypower.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* Plaintiff DX Home Design, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *SANTA ANA* DIVISION**

| In re:<br><br>HEIDI CRAWFORD, an individual,<br><br>Debtor(s)<br><br><br>DX HOME DESIGN, INC., a corporation,<br><br>Plaintiff(s)<br>vs.<br><br>HEIDI CRAWFORD, an individual; MICHAEL DEAN CRAWFORD, an individual; STYLE HOUSE, INC., a California corporation,<br><br>Defendant(s) | CASE NO.: 8:19-bk-12113-MW<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 8:19-01179-MW<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: February 19, 2020<br>TIME: 9:00 a.m.<br>COURTROOM: 6C<br>PLACE:  411 West Fourth Street<br>           Santa Ana, CA 92701 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1.   Judgment shall be entered in favor of Plaintiff (*specify name*): <u>DX Home Design, Inc.</u> and against Defendant (*specify name*): <u>Heidi Crawford.</u>

2.   a.   ☒   Plaintiff is awarded damages in the following amount:       <u>$452,892.94.</u>

     b.   ☒   Plaintiff is awarded costs in the following amount:          <u>$697.50</u>

     c.   ☐   Plaintiff is awarded attorney fees in the following amount:   $<u>0.00</u>

     d.   ☐   Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

     e.   ☐   Plaintiff is granted the following relief (*specify*):

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ See attached page

3.  ☒ This judgment or claim is determined to be non-dischargeable under:    ☒ Bankruptcy Code § 523(a)(2)(A),
(a)(4), and (a)(6), and under 11 U.S.C. § 727(a)(3), (a)(4)(A), and (a)(5).

☐ Other (*specify*):

4.  ☐ The court further orders:

☐ See attached page

### ###

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              **F 7055-1.2.DEFAULT.JMT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9454 Wilshire Blvd., 6th Floor Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (date) 2/21/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Plaintiff: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;
Chapter 7 Trustee: Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Office of the United States Trustee: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On 2/21/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant:
Heidi Crawford
37 Arbor Walk Lane
Rancho Santa Margarita, CA  92688

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/21/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593 – *Served via Overnight Mail*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/21/2020 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 2                     **F 9021-1.2.ADV.NOTICE.LODGMENT**

# CONTINUED SERVICE LIST

2. **SERVED BY UNITED STATES MAIL**:

Debtor/Defendant's Counsel:
Richard G. Heston
19700 Fairchild Rd., Ste 280
Irvine, CA  92612

Defendant:
Michael Dean Crawford
37 Arbor Walk Lane
Rancho Santa Margarita, CA  92688

Debtor/Defendant:
Style House, Inc.
37 Arbor Lane
Rancho Santa Margarita, CA  92688