| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl<br>Beverly Hills, CA 90212<br>T. (310) 271-6223<br>F. (310 271-9805<br>E. michael.berger@bankruptcypower.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff DX Home Design, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>HEIDI CRAWFORD, an individual,<br><br>Debtor(s). | CASE NO.: 8:19-bk-12113-MW<br>CHAPTER: 7<br>ADVERSARY NO.: 8:19-ap-01179-MW |
|---|---|
| DX HOME DESIGN, INC., a corporation,<br><br>Plaintiff(s),<br>vs.<br>HEIDI CRAWFORD, an individual; MICHAEL DEAN CRAWFORD, an individual; STYLE HOUSE, INC., a California corporation,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): <u>MOTION FOR DEFAULT JUDGMENT AGAINST MICHAEL DEAN CRAWFORD AND STYLE HOUSE, INC.</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER GRANTING PLAINTIFF DX HOME DESIGN, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MICHAEL DEAN CRAWFORD AND STYLE HOUSE INC.</u> was lodged on (*date*) <u>July 9, 2020</u> and is attached. This order relates to the motion which is docket number <u>24</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Attorney for Creditor-Plaintiff,
DX Home Designs, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HEIDI CRAWFORD, an individual,<br><br>    Debtor.<br><br>---<br><br>DX HOME DESIGNS, INC., a corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HEIDI CRAWFORD, an individual; MICHAEL DEAN CRAWFORD, an individual; and STYLE HOUSE, INC. a California corporation,<br><br>    Defendants. | Case No.: 8:19-bk-12113-MW<br><br>Adv. No.: 8:19-ap-01179-MW<br><br>Chapter 7<br><br>**ORDER GRANTING PLAINTIFF DX HOME DESIGN, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MICHAEL DEAN CRAWFORD AND STYLE HOUSE, INC.**<br><br><u>Hearing Scheduled For:</u><br>Date:  July 8, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 6C<br>       411 W. Fourth street<br>       Santa Ana, CA 92701 |

     The Court having considered Plaintiff and Creditor DX Home Designs, Inc. ("<u>DX</u>", "<u>Plaintiff</u>" or "<u>Creditor</u>" herein) Motion for Default Judgment against Defendants Michael Dean Crawford and Style House, Inc. ("<u>Defendants</u>"), filed on November 12, 2019 [Docket No. 24], and all other files and records in this action as necessary, having heard the arguments of Plaintiff's counsel, and finding that good cause exists, IT IS HEREBY

ORDERED that:

1. The Motion for Default Judgment against Defendants is GRANTED.
2. Plaintiff is ordered to lodge with the Court a proposed Default Judgment against Michael Dean Crawford and Style House, Inc.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9454 Wilshire Blvd., 6th Floor Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/09/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Plaintiff: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;
Chapter 7 Trustee: Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Office of the United States Trustee: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On 07/09/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendants:
Heidi Crawford
Michael Dean Crawford
37 Arbor Walk Lane
Rancho Santa Margarita, CA  92688

Defendant:
Style House, Inc.
37 Arbor Walk Lane
Rancho Santa Margarita, CA  92688

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 07/09/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593 – *Served via Overnight Mail*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/09/2020 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**