| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212<br>T: (310) 271-6223<br>F: (310) 271-9805<br>E: michael.berger@bankruptcypower.com | **FILED & ENTERED**<br><br>**JUL 13 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff DX Home Design, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *SANTA ANA* DIVISION**

| In re:<br><br>HEIDI CRAWFORD, an individual,<br><br>                                                                Debtor(s)<br><br>DX HOME DESIGN, INC., a corporation,<br><br>                                                                Plaintiff(s)<br>vs.<br><br>HEIDI CRAWFORD, an individual; MICHAEL DEAN CRAWFORD, an individual; STYLE HOUSE, INC., a California corporation,<br><br>                                                                Defendant(s) | CASE NO.: 8:19-bk-12113-MW<br>CHAPTER: 7<br>ADVERSARY NO.: 8:19-01179-MW<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: July 8, 2020<br>TIME: 9:00 a.m.<br>COURTROOM: 6C<br>PLACE: 411 West Fourth Street<br>              Santa Ana, CA 92701 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): <u>DX Home Design, Inc.</u> and against Defendant (*specify name*): <u>Michael Dean Crawford.</u>

2.  a.  ☒  Plaintiff is awarded damages in the following amount:                    <u>$452,892.94.</u>
    b.  ☒  Plaintiff is awarded costs in the following amount:                          <u>$697.50</u>
    c.  ☐  Plaintiff is awarded attorney fees in the following amount:             <u>$0.00</u>
    d.  ☐  Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____
    e.  ☐  Plaintiff is granted the following relief (*specify*):

    ☐  See attached page

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                         Page 1                                         **F 7055-1.2.DEFAULT.JMT**

3. ☒ This judgment or claim is determined to be non-dischargeable under:

   ☒ Bankruptcy Code § 523(a)(2)(A), (a)(4), and (a)(6), and under 11 U.S.C. § 727(a)(3), (a)(4)(A), and (a)(5).

   ☐ Other (*specify*):

4. ☐ The court further orders:

   ☐ See attached page

###

Date: July 13, 2020

Mark S. Wallace
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              F 7055-1.2.DEFAULT.JMT