MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Attorney for Creditor-Plaintiff,
DX Home Designs, Inc.

**FILED & ENTERED**

**JUL 13 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:19-bk-12113-MW |
| HEIDI CRAWFORD, an individual, | Adv. No.: 8:19-ap-01179-MW |
|     Debtor. | Chapter 7 |
| DX HOME DESIGNS, INC., a corporation, | **ORDER GRANTING PLAINTIFF DX HOME DESIGN, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MICHAEL DEAN CRAWFORD AND STYLE HOUSE, INC.** |
|     Plaintiff, | |
|     v. | Hearing Scheduled For: |
| HEIDI CRAWFORD, an individual; MICHAEL DEAN CRAWFORD, an individual; and STYLE HOUSE, INC. a California corporation, | Date:  July 8, 2020<br>Time:  9:00 a.m.<br>Place:  Courtroom 6C |
|     Defendants. |         411 W. Fourth street<br>        Santa Ana, CA 92701 |

The Court having considered Plaintiff and Creditor DX Home Designs, Inc.'s ("DX", "Plaintiff" or "Creditor" herein) Motion for Default Judgment against Defendants Michael Dean Crawford and Style House, Inc. ("Defendants"), filed on November 12, 2019 [Docket No. 24], and all other files and records in this action as necessary, having heard the

arguments of Plaintiff's counsel, and finding that good cause exists, IT IS HEREBY ORDERED that:

1. The Motion for Default Judgment against Defendants is GRANTED.

2. Plaintiff is ordered to lodge with the Court a proposed Default Judgment against Michael Dean Crawford and Style House, Inc.

###

Date: July 13, 2020

Mark S. Wallace
United States Bankruptcy Judge

ORDER GRANTING PLAINTIFF DX HOME DESIGN, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MICHAEL DEAN CRAWFORD AND STYLE HOUSE, INC.